IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| SOUTH WESTERN COMMUNICATIONS, INC., | ) |
| Plaintiff, | ) |
| v. | ) CV 117-097 |
| MCKNIGHT CONSTRUCTION CO. and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) |
| Defendants, | ) |
| v. | ) |
| PENCO ELECTRICAL CONTRACTORS, INC., | ) |
| Third-Party Defendant. | ) |

**REVISED SCHEDULING ORDER**

Having reviewed the parties' joint motion for extension of scheduling order deadlines, the Court **GRANTS** the motion. (Doc. no. 29.) The revised schedule is as follows:

| | |
|---|---|
| CLOSE OF DISCOVERY | September 10, 2018 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | October 12, 2018 |

All provisions of the prior Scheduling Orders (doc. nos. 20, 26, 29) not revised herein shall remain in full force and effect.

SO ORDERED this 16th day of July, 2018, at Augusta, Georgia.

/s/ Brian K. Epps
_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA