# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| SOUTH WESTERN COMMUNICATIONS, INC., | * | |
| Plaintiff, | * | |
| v. | * | CV 117-097 |
| MCKNIGHT CONSTRUCTION CO. and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | * | |
| Defendants, | * | |
| v. | * | |
| PENCO ELECTRICAL CONTRACTORS, INC., | * | |
| Third-Party Defendant. | * | |

## ORDER

Before the Court is the Parties' stipulation of dismissal of all claims against Defendant Travelers Casualty and Surety Company of America ("Travelers") with prejudice. (Doc. 38.) All Parties signed the stipulation. (Id.) Upon due consideration, this Court finds dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1).

**IT IS THEREFORE ORDERED** that Defendant Travelers is **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions related to Defendant Travelers. All other claims asserted

by the Parties shall continue and not be affected by this dismissal.

**ORDER ENTERED** at Augusta, Georgia this 25th day of September, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA