# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| SOUTH WESTERN COMMUNICATIONS, INC., | * | |
| Plaintiff, | * | |
| v. | * | CV 117-097 |
| MCKNIGHT CONSTRUCTION CO., | * | |
| Defendant, | * | |
| v. | * | |
| PENCO ELECTRICAL CONTRACTORS, INC., | * | |
| Third-Party Defendant. | * | |

## O R D E R

Before the Court is Third-Party Defendant Penco Electrical Contractors, Inc.'s ("Penco") Stipulation of Dismissal of Counterclaim Against McKnight Construction Company ("McKnight") with prejudice. (Doc. 46.) All Parties signed the dismissal; thus, the Court finds dismissal of Penco's Counterclaim against McKnight (Doc. 21, at 14-22) proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that Penco's Counterclaim is **DISMISSED WITH PREJUDICE.** All other claims asserted by the Parties shall remain unaffected.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of November, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA