IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SOUTH WESTERN COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 117-097 |
| MCKNIGHT CONSTRUCTION CO., | ) ) ) | |
| Defendant, | ) ) | |
| v. | ) ) | |
| PENCO ELECTRICAL CONTRACTORS, INC., | ) ) ) | |
| Third-Party Defendant. | ) | |

**O R D E R**

Before the Court is Plaintiff South Western Communications, Inc., ("SWC") and Third-Party Defendant Penco Electrical Contractors, Inc.'s, ("Penco") joint status report requesting an extension of time to report back to the Court regarding SWC and Penco's cross motions to compel. (Doc. no. 57.) On February 22, 2019, during a telephonic hearing regarding SWC and Penco's cross motions to compel, the parties agreed to conclude their efforts to resolve the motions and report back to the Court by March 8, 2019. (Doc. no. 56.) In consideration of the parties' continuing discovery efforts, SWC and Penco shall have through and including March 15, 2019, to report back to the Court on the results of their efforts to resolve all discovery disputes. In the event of complete resolution, the parties shall

file a joint withdrawal of the motions to compel.

SO ORDERED this 12th day of March, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA