IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SOUTH WESTERN COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 117-097 |
| MCKNIGHT CONSTRUCTION CO., | ) ) ) | |
| Defendant, | ) ) | |
| v. | ) ) | |
| PENCO ELECTRICAL CONTRACTORS, INC., | ) ) ) ) | |
| Third-Party Defendant. | ) | |

_____

**O R D E R**
_____

Before the Court is Plaintiff South Western Communications, LLC, ("SWC") and Third-Party Defendant Penco Electrical Contractors, Inc.'s ("Penco") joint motion to withdraw their motions to compel. (Doc. no. 62.) Upon consideration, the Court **GRANTS** the motion and **DIRECTS** the **CLERK** to terminate SWC and Penco's motions to compel. (Doc. nos. 51, 55.)

SO ORDERED this 1st day of April, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA