```
IN THE UNITED STATES DISTRICT COURT FOR THE
          SOUTHERN DISTRICT OF GEORGIA
                 AUGUSTA DIVISION
```

| | | |
|---|---|---|
| SOUTH WESTERN COMMUNICATIONS, INC, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 117-097 |
| MCKNIGHT CONSTRUCTION CO., | * * | |
| Defendant/Third-Party Plaintiff, | * * * | |
| v. | * * | |
| PENCO ELECTRICAL CONTRACTORS, INC., | * * * | |
| Third-Party Defendant. | * | |

## O R D E R

The Parties settled this case through mediation held before United States Magistrate Judge Brian K. Epps on August 27, 2019. (See Docs. 64, 65.) The Parties agreed to file a dismissal by September 25, 2019 (Doc. 65), but have yet to do so. Although the case remains open at this time, Third-Party Defendant Penco Electrical Contractors, Inc.'s pending motion to dismiss (Doc. 40) and Plaintiff South Western Communications, Inc.'s pending motion for a hearing on the motion to dismiss (Doc. 50) are moot given the settlement. The moving parties, however, neglected to withdraw the now-moot motions. Therefore, as a purely administrative

matter, the Court **DIRECTS** the Clerk to **TERMINATE** the above-referenced motions (Docs. 40, 50).

**ORDER ENTERED** at Augusta, Georgia, this 30th day of September, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA