IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| SOUTH WESTERN COMMUNICATIONS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>McKNIGHT CONSTRUCTION COMPANY, )<br>INC., )<br>)<br>Defendant/Third-Party )<br>Plaintiff, )<br>)<br>v. )<br>)<br>PENCO ELECTRICAL )<br>CONTRACTORS, INC., )<br>)<br>Third-Party Defendant. )<br>) | Civil Action No.:<br>1:17-cv-00097 |

## STIPULATION AND CONSENT ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff, South Western Communications, Inc.; Defendant McKnight Construction Company, Inc., and Third-Party Defendant Penco Electrical Contractors, Inc., by and through their respective attorneys of record, hereby stipulate and consent to the dismissal with prejudice of the above-styled action, including all claims, counterclaims, cross-claims, third-party claims, or any claims whatsoever asserted in, or arising from, the above-styled action, with each party to bear its own attorneys' fees and costs and expenses of litigation.

ACCORDINGLY, IT IS HEREBY ORDERED that, upon the stipulation and consent of the Plaintiff, Defendant, and Third-Party Defendant by and through their respective undersigned counsel, the above-styled action, including all claims of any kind arising from the above-styled action, is hereby dismissed with prejudice with each party to this Stipulation and Consent Order to bear its own attorneys' fees and costs and expenses of litigation.

So Ordered, this 7th day of October, 2019.

J. Randal Hall, District Judge
Southern District of Georgia - Augusta ~~Division~~

Stipulated, agreed and consented to by Plaintiff, Defendant, and Third-Party Defendant by and through their respective undersigned counsel, this 4th day of October, 2019.

/s/ David M. Stewart
David M. Stewart, Esq.
Georgia Bar No. 142029
Crowder Stewart, LLP
Post Office Box 160
Augusta, GA 30903
(706) 434-8799
david@crowderstewart.com
*Attorney for South Western Communications, Inc.*

/s/ Jeffrey P. Raasch
Jeffrey P. Raasch, Esq.
Georgia Bar No. 591563
Vernis & Bowling of Atlanta, LLC
30 Perimeter Park Drive, Suite 200
Atlanta, GA 30341
(404) 846-2001
jraasch@georgia-law.com
*Attorney for Penco Electrical Contractors, Inc.*

/s/Karl Dix
Karl Dix, Jr. Esq.
Georgia Bar No.: 223235
kfdix@smithcurrie.com
Garrett Miller, Esq.
Georgia Bar No.: 506568
gemiller@smithcurrie.com
Smith Currie & Hancock, LLP
2700 Marquis One Tower
245 Peachtree Center Ave., SE
Atlanta, GA 30303
(404) 521-3800
*Attorney for McKnight Construction Company, Inc.*